# Arnold & Porter

Andrew Bauer
+1 212.836.7669 Direct
Andrew.Bauer@arnoldporter.com

**TO BE FILED UNDER SEAL**

June 21, 2018

**VIA ELECTRONIC MAIL**

The Honorable Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007
CaproniNysdChambers@nysd.uscourts.gov

  Re: United States v. [___], 18 Cr. 300 (VC)

Dear Judge Caproni:

  We represent defendant [___] in the above captioned action. Currently, [___] sentencing is scheduled for July 31, 2018. We respectfully request that his sentencing date be adjourned until early September. We are making this request as we are currently in the process of retaining a psychological expert to evaluate [___] and compose a report. In order to write that report, our expert will review [___] past medical records, which we are in the process of obtaining.

  The Government consents to this request, and both parties are available September 4 or 5, 2018 if those dates are convenient for the Court. This is the first request for an adjournment of [___] sentencing date.

  We are available should the Court have any questions.

Respectfully Submitted,

Andrew Bauer

cc: Assistant U.S. Attorney Jessica Fender
   Assistant U.S. Attorney Jacob Warren

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/18