

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 14, 2019

**VIA CM/ECF AND EMAIL**

The Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

    Re:    *United States v. John Doe*, 18 Cr. 300 (VC)

Dear Judge Caproni:

    The parties have been advised that the defendant in the above-captioned matter cannot be transported by the United States Marshals Service to the Bureau of Prisons facility to which he has been designated absent receipt of a Judgment which identifies the defendant's name and register number. Having conferred with defense counsel, the parties now jointly consent to the Court's entry of an amended Judgment which includes the defendant's name and register number, which may be provided to the Marshals; for the reasons already of record, however, the parties respectfully request that the amended Judgment otherwise be maintained under seal, and that only a redacted version of the amended Judgment be filed on CM/ECF.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By:    /s/
    Jessica Fender
    Margaret Graham
    Assistant United States Attorney
    (212) 637-2276 / 2923