USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/07/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,                    :
                                             :         18-CR-300 (VEC)
            -against-                        :
                                             :              ORDER
MIGUEL LIRIANO,                              :
                                             :
                              Defendant.     :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 2, 2018, the Court granted the Government's request to seal this

case;

WHEREAS on October 12, 2018, the parties agreed to unseal the case in redacted form

as *United States v. John Doe*;

WHEREAS on November 7, 2018, the Court approved, with modifications, the parties'

proposed redactions;

WHEREAS on November 19, 2018, the parties submitted the final redactions with no

objections to the Court's modified redactions;

WHEREAS on November 27, 2018, the docket was unsealed with the caption *United*

*States of America v. John Doe* and redacted versions of the filings were posted on the public

docket;

WHEREAS on April 13, 2020, Mr. Liriano passed away while incarcerated from

COVID-19 virus;

WHEREAS on October 30, 2020, the parties were ordered to show cause why the full

unredacted docket should not be posted on the public docket;

WHEREAS on November 20, 2020, Defense counsel informed the Court that they do not object to the Court unsealing the caption in this matter;

WHEREAS on November 23, 2020, the Court approved revised redactions to a number of filings and required that the remaining documents be filed on the public docket in their unredacted form; and

WHEREAS those filings have since been posted on the public docket;

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to unseal the Defendant's name and change the caption of this matter to *United States of America v. Miguel Liriano.*

**SO ORDERED.**

**Date:  January 7, 2021**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**